CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 01 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 1:92-cr-00051-1 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ANTHONY LEE BELCHER, | ) | By: Hon. Michael F. Urbanski |
| Petitioner. | ) | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the United States' motion to dismiss is **GRANTED**; Petitioner's "motion to continue" is **DENIED**; the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED**; Petitioner's "motion pursuant to Rule 52(a)" and "motion to dismiss indictment" are **DENIED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for the United States.

ENTER: This 1st day of May, 2015.

/s/ Michael F. Urbanski
United States District Judge